IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                              :    No. 2:13-MJ-598
                                      MAGISTRATE JUDGE KEMP

PATRICIA GUADALUPE SALAZAR-SALDIVAR

<u>O R D E R</u>

Plaintiff has moved for leave to dismiss the complaint against the defendant. The motion sets forth good cause for the dismissal and the motion (#12) is therefore granted. As indicated in the motion, the motion shall serve as the notice of dismissal of the complaint against the defendant.

MAGISTRATE JUDGE